UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MIKE A. TOSCANO, | ) | 1:06-CV-01570 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION [Doc. #25] |
| | ) | |
| v. | ) | ORDER GRANTING RESPONDENT'S |
| | ) | MOTION TO DISMISS AND DISMISSING |
| | ) | PETITION FOR WRIT OF HABEAS |
| A. HEDGPETH, Warden, | ) | CORPUS [Doc. #18] |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 2, 2007, the Magistrate Judge issued Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED and the petition be DISMISSED with prejudice for violating the statute of limitations set forth in 28 U.S.C. § 2244(d). The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On June 4, 2007, Petitioner filed objections to the Findings and Recommendation.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file and having considered the objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations based on the points raised in the objections.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 2, 2007, is ADOPTED IN FULL;

2. Respondent's Motion to Dismiss the petition is GRANETD;

3. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and

4. The Clerk of Court is DIRECTED to enter judgment for Respondent.

IT IS SO ORDERED.

**Dated:   June 13, 2007**　　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE