

FILED
JUL 0 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MIKE A. TOSCANO,

vs.

MIKE KNOWLES,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

1:06-cv-1570 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____   Granted for the following reason:

_____
_____
_____

__X__   Denied for the following reason:
TIME BARRED PETITION — NO GROUNDS FOR TOLLING.

Dated: 7/7/07

_____
OLIVER W. WANGER
United States District Judge